FILED: April 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4218
(1:20-cr-00337-DLB-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

STEPHEN L. SNYDER

       Defendant - Appellant

___

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:20-cr-00337-DLB-1 |
| Date notice of appeal filed in originating court: | 04/15/2025 |
| Appellant | Stephen L. Snyder |
| Appellate Case Number | 25-4218 |
| Case Manager | Paige L. Ballard<br>804-916-2702 |