No. 25-4218

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee, | * |
| | * |
| v. | |
| | * |
| STEPHEN L. SNYDER,<br>    Defendant-Appellant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Appeal from the Judgment of the United States District Court
for the District of Maryland,
The Honorable Deborah L. Boardman

## MOTION TO SUSPEND BRIEFING PENDING COMPLETION OF TRANSCRIPTS

Appellant Stephen Snyder, by and through counsel, C. Justin Brown, Brown Law, hereby moves this Honorable Court to suspend the briefing order issued on May 1, 2025, pending completion of the trial transcripts in this case. In support of this Motion, Appellant states the following:

1. Appellant was sentenced on April 2, 2025, with the District Court's judgment being entered the following day, April 3, 2025. Appellant filed his notice of appeal on April 15, 2025. A briefing order was issued on May 1, 2025.

2. Pursuant to the briefing order, Appellant's opening brief and the joint appendix are currently due on June 5, 2025. Doc. 6. However, Appellant is still waiting for his trial transcripts to be completed. On his docketing statement, filed on May 1, 2025, Appellant properly noted that his transcripts are "On Order

or On File." Doc. 5. Although all transcripts have been ordered, not all of them have been completed and provided to Appellant. Specifically, he is still waiting for his first trial day transcript, his sentencing transcript, three pretrial hearing transcripts, and one post-trial, pre-sentencing hearing transcript. All of these transcripts are necessary for Appellant's appeal and must be part of the record in this case.

3.　　These transcripts are in various stages of completion: all have been ordered, some have been paid for, and others are still awaiting an estimate from the court reporter. It is anticipated that all transcripts will be completed within the next 30-to-45 days – after the current due date for Appellant's opening brief.

4.　　After all transcripts have been completed, undersigned counsel will still need time to review the transcripts and prepare Appellant's opening brief.

WHEREFORE, for the reasons described above, Appellant respectfully requests that this Motion be granted and that briefing be suspended until all transcripts have been completed and filed with the District Court.

Respectfully submitted,

_____/s/_____
C. Justin Brown
BROWN LAW
233 E. Redwood Street, Suite 1000C
Baltimore, MD 21202
Tel: 410-244-5444
Fax: 410-934-3208
brown@cjbrownlaw.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2025, a copy of the foregoing Motion was sent to each of the parties via ECF.

_____/s/_____
C. Justin Brown

3