No. 25-4218

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee, | * |
| | * |
| v. | |
| | * |
| STEPHEN L. SNYDER,<br>    Defendant-Appellant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Appeal from the Judgment of the United States District Court
for the District of Maryland,
The Honorable Deborah L. Boardman

## CONSENT MOTION FOR EXTENSION OF TIME

Appellant Stephen Snyder, by and through counsel C. Justin Brown, Brown Law, hereby moves this Honorable Court to grant a 14-day extension for the filing of Appellant's Opening Brief and Joint Appendix. The Government consents to this request. In support of this Motion, Appellant states the following:

1.    Appellant's opening brief and the joint appendix are currently due on August 11, 2025. Appellant is seeking a brief extension of 14 days, to and including August 25, 2025.

2.    Appellant has previously been granted a 14-day extension, also with the Government's consent.

3.    An extension is necessary to resolve issues pertaining to the joint appendix, which has proven challenging to assemble due to the volume of the record and the exhibits admitted at trial. Further, the parties are still working to

reach agreement on which portions of the record are pertinent to the issues, and thus, to include in the appendix. Appellant does not yet have access to all of the documents Appellee wishes to include in the filing.

4. Oral arguments have not yet been scheduled in this appeal, and the requested extension is unlikely to cause undue delay or prejudice to any party, or to affect the Court's schedule. Appellant has also been conservative in his extension requests in order to avoid undue delay.

5. Counsel for the Appellee, Assistant U.S. Attorney David Bornstein, consents to this request.

WHEREFORE, undersigned counsel respectfully requests that this Motion be granted and that the filing deadline for Appellant's Opening Brief and Joint Appendix be extended by 14 days, to and including August 25, 2025.

Respectfully submitted,

_____/s/_____
C. Justin Brown
BROWN LAW
233 E. Redwood Street, Suite 1000C
Baltimore, MD 21202
Tel: 410-244-5444
Fax: 410-934-3208
brown@cjbrownlaw.com

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on August 7, 2025, a copy of the foregoing Motion was sent to each of the parties via ECF.

_____/s/_____
C. Justin Brown

3