CASE NO. 25-4218

IN THE

# United States Court of Appeals

## FOR THE FOURTH CIRCUIT

---

UNITED STATES OF AMERICA,

*Plaintiff - Appellee,*

v.

STEPHEN L. SNYDER,

*Defendant - Appellant.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

---

**JOINT APPENDIX VOLUME X OF X
DIGITAL MEDIA**

---

| | |
|---|---|
| C. Justin Brown<br>BROWN LAW<br>Suite 1000C<br>233 E. Redwood Street<br>Baltimore, MD 21202<br>(410) 244-5444<br>brown@cjbrownlaw.com | David C. Bornstein<br>OFFICE OF THE UNITED<br>STATES ATTORNEY<br>4th Floor<br>36 South Charles Street<br>Baltimore, MD 21201<br>(410) 209-4800<br>david.bornstein@usdoj.gov |
| *Counsel for Appellant* | *Counsel for Appellee* |

<a>

# TABLE OF CONTENTS

## Volume I of X

                                                                                                              Page

District Court Docket Sheet [1:20-cr-00337-DLB-1]..................................JA001

Indictment
    Filed January 3, 2019 [ECF 1]............................................................JA030

Exhibits to Defendant's First Motion to Dismiss Indictment with Prejudice
    Filed June 22, 2021 [ECF 52]:

        Ex. 9:     Investigator Memo to Bar Counsel [ECF 52-11]...............JA048

        Ex. 17:    Text Messages Between Snyder and Kinter
                     [ECF 52-19]....................................................................... JA052

Supplemental Exhibits to Defendant's Motions to Dismiss
    Filed June 22, 2021 [ECF 55]

        Ex. 3:     Transcript of August 23, 2018, Recorded Meeting
                     with UMMS [ECF 55-1].................................................... JA058

        Ex. 6:     Transcript of Recorded Calls Between Snyder and
                     UMMS Representatives [ECF 55-2]................................. JA239

Exhibits to Government's Supplement in Opposition to Defendant's Motions to Dismiss
    Filed March 8, 2024 [ECF 182]:

        Ex. 8:     Kevin Stern Notes for August 23, 2018, Meeting
                     with UMMS, 1 of 2 [ECF 182-8]...................................... JA370

        Ex. 9:     Kevin Stern Notes for August 23, 2018, Meeting
                     with UMMS, 2 of 2 [ECF 182-9].......................................JA373

Transcript of Motions Hearing Held Before
the Honorable George Levi Russell, III
    On May 26, 2022 ........................................................................... JA376

## Volume II of X

Transcript of *Faretta* Hearing Held
Before the Honorable Timothy J. Sullivan
    On December 8, 2023 ........................................................................................ JA497

Transcript of Motions Hearing Held Before
the Honorable Deborah L. Boardman
    On July 26, 2024 ............................................................................................... JA527

Transcript of Pretrial Conference Held
Before the Honorable Deborah L. Boardman
    On October 28, 2024 ......................................................................................... JA645

Transcript of Motions Hearing & Pretrial Conference
Held Before the Honorable Deborah L. Boardman
    On November 4, 2024 ....................................................................................... JA747

Transcript of Jury Trial Volume I Held
Before the Honorable Deborah L. Boardman
    On November 12, 2024 ..................................................................................... JA826

## Volume III of X

Transcript of Jury Trial Volume II Held
Before the Honorable Deborah L. Boardman
    On November 13, 2024 ..................................................................................... JA846

    Opening Statement by The Government ........................................... JA898
    Opening Statement by The Defense .................................................. JA913

    *Testimony of DePriest Whye*
        Direct Examination by Mr. Phelps ............................................. JA947
        Cross-Examination by Mr. Snyder ............................................. JA980
        Redirect Examination by Mr. Phelps ........................................ JA1065
        Recross-Examination by Mr. Snyder ........................................ JA1069

Transcript of Jury Trial Volume III Held
Before the Honorable Deborah L. Boardman
    On November 14, 2024 ................................................................................... JA1073

*Testimony of Stephen Bartlett*
    Direct Examination by Mr. Phelps .......................................... JA1094
    Cross-Examination by Mr. Snyder ........................................... JA1113
    Redirect Examination by Mr. Phelps ....................................... JA1172
    Recross-Examination by Mr. Snyder…………………………….JA1174

*Testimony of June Jaekles*
    Direct Examination by Ms. Cusson .......................................... JA1175
    Cross-Examination by Mr. Snyder ........................................... JA1181
    Redirect Examination by Ms. Cusson ...................................... JA1190
    Recross-Examination by Mr. Snyder…………………………….JA1191

*Testimony of Alicia Reynolds*
    Direct Examination by Ms. Cusson .......................................... JA1195
    Cross-Examination by Mr. Snyder ........................................... JA1257
    Redirect Examination by Ms. Cusson ...................................... JA1322
    Recross-Examination by Mr. Snyder…………………………….JA1328

*Testimony of Eric Yaffe*
    Direct Examination by Mr. Phelps .......................................... JA1330
    Cross-Examination by Mr. Snyder ........................................... JA1336
    Redirect Examination by Mr. Phelps ....................................... JA1347

*Testimony of John McNutt*
    Direct Examination by Mr. Phelps .......................................... JA1347
    Cross-Examination by Mr. Snyder ........................................... JA1350
    Redirect Examination by Mr. Phelps ....................................... JA1355

## Volume IV of X

Transcript of Jury Trial Volume IV Held
Before the Honorable Deborah L. Boardman
    On November 15, 2024 ........................................................................ JA1360

*Testimony of Rolf Barth*
    Direct Examination by Mr. Phelps .......................................... JA1374
    Cross-Examination by Mr. Snyder ........................................... JA1395

*Testimony of Andrew Graham*
    Direct Examination by Mr. Phelps .......................................... JA1424
    Cross-Examination by Mr. Snyder ........................................... JA1434
    Redirect Examination by Mr. Phelps ....................................... JA1457

      Recross Examination by Mr. Snyder ......................................... JA1459

   *Testimony of Susan Kinter*
      Direct Examination by Ms. Cusson.......................................... JA1461
      Cross-Examination by Mr. Snyder ........................................... JA1512

Transcript of Jury Trial Volume V Held
Before the Honorable Deborah L. Boardman
   On November 18, 2024....................................................................... JA1596

   *Testimony of Susan Kinter (Continued)*
      Continued Cross-Examination by Mr. Snyder ......................... JA1610
      Redirect Examination by Ms. Cusson ...................................... JA1710
      Recross Examination by Mr. Snyder ......................................... JA1726

   *Testimony of Kevin Stern*
      Direct Examination by Ms. Cusson.......................................... JA1746
      Cross-Examination by Mr. Snyder ........................................... JA1796
      Redirect Examination by Ms. Cusson ...................................... JA1814
      Recross Examination by Mr. Snyder ......................................... JA1815

   *Testimony of Natalie Magdeburger*
      Direct Examination by Mr. Phelps ............................................ JA1818

**Volume V of X**

Transcript of Jury Trial Volume VI Held
Before the Honorable Deborah L. Boardman
   On November 19, 2024....................................................................... JA1857

   *Testimony of Natalie Magdeburger (Continued)*
      Continued Direct Examination by Mr. Phelps........................... JA1860
      Cross-Examination by Mr. Snyder ........................................... JA1883
      Redirect Examination by Mr. Phelps ........................................ JA1953
      Recross Examination by Mr. Snyder ......................................... JA1956

   *Testimony of Jonathan Schraub*
      Direct Examination by Mr. Snyder........................................... JA1984
      Cross-Examination by Mr. Phelps ............................................ JA2062
      Redirect Examination by Mr. Snyder ....................................... JA2077

Transcript of Jury Trial Volume VII Held
Before the Honorable Deborah L. Boardman
  On November 20, 2024 ................................................................................ JA2094

  *Testimony of Kenneth Feinburg*
    Direct Examination by Mr. Snyder .......................................... JA2123
    Cross-Examination by Mr. Phelps ........................................... JA2135
    Redirect Examination by Mr. Snyder ...................................... JA2136

  *Testimony of John Ashworth*
    Direct Examination by Mr. Snyder .......................................... JA2139

  *Testimony of Michele Sanders*
    Direct Examination by Mr. Snyder .......................................... JA2142
    Cross-Examination by Mr. Phelps ........................................... JA2190
    Redirect Examination by Mr. Snyder ...................................... JA2191

  *Testimony of Jesse Schould*
    Direct Examination by Mr. Snyder .......................................... JA2206
    Cross-Examination by Mr. Phelps ........................................... JA2250
    Redirect Examination by Mr. Snyder ...................................... JA2259

### Volume VI of X

Transcript of Jury Trial Volume VIII Held
Before the Honorable Deborah L. Boardman
  On November 21, 2024 ................................................................................ JA2305

  *Testimony of Antonio DiCarlo*
    Direct Examination by Mr. Snyder .......................................... JA2313
    Cross-Examination by Ms. Cusson ......................................... JA2346
    Redirect Examination by Mr. Snyder ...................................... JA2362

Instructions to the Jury ................................................................................ JA2394

Closing Argument by the Government ....................................................... JA2436
Closing Argument by the Defense .............................................................. JA2462
Rebuttal Argument by the Government ...................................................... JA2505

Contempt Hearing ....................................................................................... JA2516

Transcript of Jury Trial Volume IX Held
Before the Honorable Deborah L. Boardman
   On November 22, 2024 ........................................................................ JA2525

      Verdict ........................................................................................JA2537

Government's Exhibit List [ECF 293] ................................................................JA2547

Defense Exhibit List [ECF 294] .........................................................................JA2553

Court's Exhibit List [ECF 295] ..........................................................................JA2558

Transcript of Attorney Inquiry Hearing Held
Before the Honorable Timothy J. Sullivan
   On December 10, 2024 ....................................................................... JA2559

Defendant's Sentencing Memorandum (Redacted)
   Filed on April 1, 2025 [ECF 350] .....................................................JA2621

Exhibit 1 to Defendant's Sentencing Memorandum
   Filed on April 1, 2025 [ECF 350-1] ..................................................JA2643

Transcript of Sentencing Hearing Held
Before the Honorable Deborah L. Boardman
   On April 2, 2025 ................................................................................ JA2689

Judgment
   Entered on April 3, 2025 [ECF 352] .................................................JA2790

Notice of Appeal
   Filed on April 15, 2025 [ECF 355] ...................................................JA2796

## Volume VII of X

GOVERNMENT'S TRIAL EXHIBITS:

   Ex. 100:  Text Messages Between Snyder & Bartlett .....................JA2797

   Ex. 102:  February 15, 2018 Email from Snyder to Stern ..............JA2801

   Ex. 103:  Flight Information for Feb. 15, 2018 & March
             20, 2018 ........................................................................... JA2803

Ex. 104:   Text Messages Between Snyder & Bartlett ..................... JA2805

Ex. 105:   Kinter Email to Snyder ................................................... JA2808

Ex. 108:   Press Release "Organ Donor Fraud" .............................. JA2809

Ex. 109:   Actual Voicemail from Michele Sanders ........................ JA2812

Ex. 110:   Natalie Magdeburger Memo, April 30, 2018, Meeting .. JA2813

Ex. 111:   Natalie Magdeburger Meeting Notes ............................. JA2817

Ex. 112:   Sanders Demand Letter, April 30, 2018 ......................... JA2822

Ex. 113:   SLS Dictation on Jeff Sanders ........................................ JA2837

Ex. 117:   Notes for UMMS Presentation Stern .............................. JA2842

Ex. 119:   Email from John McNutt to Snyder ............................... JA2848

Ex. 120:   Natalie Magdeburger Memo, June 22, 2018, Meeting ... JA2850

Ex. 122:   Stern Notes, Meeting with Sue Kinter ........................... JA2856

Ex. 123:   Alicia Reynolds Meeting Notes ..................................... JA2858

Ex. 124:   GPM Billing Entry of Eric Yaffe .................................... JA2867

Ex. 125:   Magdeburger Memo re: Snyder Call, June 26, 2018 ...... JA2871

Ex. 126:   Magdeburger Memo re: Snyder Call, June 28, 2018 ...... JA2872

Ex. 129:   Magdeburger Memo re: Snyder Call, July 30, 2018 ...... JA2876

Ex. 130:   Magdeburger Memo re: Snyder Call, Aug. 7, 2018 ....... JA2877

Ex. 132:   Aug. 8, 2018, Email from Snyder to Graham ................. JA2880

Ex. 136:   Email from Brian Southard to Graham & Snyder
           Attaching Consulting Agreement .................................... JA2881

Ex. 145:   Natalie Magdeburger Meeting Notes .............................. JA2894

Ex. 157: August 30, 2018, Letter from Graham to Snyder
Attaching Draft Consulting Agreement ........................... JA2899

Ex. 162: Sanders Board Presentation (Stern) ................................ JA2903

Ex. 163: Michele Sanders Waiver of Conflict ............................... JA2908

Ex. 166: Email from Reynolds re: Ethics Consult Materials ........ JA2909

Ex. 202: Google Search Results ..................................................... JA2910

Ex. 302: Picture of UMMC ............................................................ JA2911

Ex. 307: Email from Antonio DiCarlo to Kevin Stern .................. JA2912

## Volume VIII of X – SEALED

Transcript of Attorney Inquiry Hearing (Sealed)
Held Before the Honorable Timothy J. Sullivan
   On December 8, 2023 ........................................................................ JA2914

Transcript of Motions Hearing (Sealed) Held
Before the Honorable Deborah L. Boardman
   On July 26, 2024 ............................................................................... JA2987

Transcript of Pretrial Conference (Sealed) Held
Before the Honorable Deborah L. Boardman
   On October 28, 2024 ......................................................................... JA3111

Transcript of Attorney Inquiry Hearing (Sealed)
Held Before the Honorable Timothy J. Sullivan
   On October 30, 2024 ......................................................................... JA3217

Transcript of Jury Trial Volume II (Sealed Excerpt)
Held Before the Honorable Deborah L. Boardman
   On November 13, 2024 ..................................................................... JA3252

Transcript of Jury Trial Volume III (Sealed Excerpt)
Held Before the Honorable Deborah L. Boardman
   On November 14, 2024 ..................................................................... JA3255

Transcript of Jury Trial Volume VI (Sealed Excerpt)
Held Before the Honorable Deborah L. Boardman
On November 19, 2024 ................................................................................ JA3263

Defendant's Sentencing Memorandum (Sealed)
Filed on March 24, 2025 [ECF 345] ............................................................. JA3266

    Sealed Ex. 2: Dr. Rosenberg Medical Records [ECF 345-2] .............. JA3288

    Sealed Ex. 3: Dr. Kerkvliet Letter & Medical Records [ECF 345-3] . JA3326

    Sealed Ex. 4: Report of Dr. Joseph Gorin [ECF 345-4] ...................... JA3429

### Volume IX of X – SEALED

Transcript of Sentencing Hearing (Sealed) Held
Before the Honorable Deborah L. Boardman
On April 2, 2025 ........................................................................................... JA3448

### Volume X of X – Digital Media*

GOVERNMENT'S AUDIO/VISUAL TRIAL EXHIBITS

    Ex. 201:    Michele Sanders Voicemail (mp4 file)

    Ex. 203:    Litigation Ad ("Snyder-Sanders v.5" mp4 file)

    Ex. 204:    Second Kidney Video (mp4 file)

    Ex. 206    Video Comparing UMMS to Baylor St. Luke's Medical Center ("UMD 3 v 5" mp4 file)

    Ex. 210:    Video Recording of August 23, 2018 Meeting ("2018.08.23_Hawk player_1D5_combined" mp4 file)

    Ex. 211:    August 23, 2018 Video Clip – 9:58:01 – 9:58:07 ("Snyder Interview Clip1 w captions" mp4 file)

Ex. 212:  August 23, 2018 Video Clip – 10:06:27 – 10:07:19 ("Snyder Interview Clip2 w captions" mp4 file)

Ex. 213:  August 23, 2018 Video Clip – 10:07:45 – 10:08:54 ("Snyder Interview Clip3 w captions" mp4 file)

Ex. 214:  August 23, 2018 Video Clip – 10:10:33 – 10:11:25 ("Snyder Interview Clip4 w captions" mp4 file)

Ex. 215:  August 23, 2018 Video Clip – 10:23:34 – 10:23:47 ("Snyder Interview Clip5 w captions" mp4 file)

Ex. 216:  August 23, 2018 Video Clip – 10:25:58 – 10:26:35 ("Snyder Interview Clip6 w captions" mp4 file)

Ex. 217:  August 23, 2018 Video Clip – 10:30:20 – 10:32:48 ("Snyder Interview Clip7 w captions" mp4 file)

Ex. 218:  August 23, 2018 Video Clip – 10:33:00 – 10:34:33 ("Snyder Interview Clip8 w captions" mp4 file)

Ex. 219:  August 23, 2018 Video Clip – 10:35:22 – 10:35:50 ("Snyder Interview Clip9 w captions" mp4 file)

Ex. 220:  August 23, 2018 Video Clip – 10:37:29 – 10:38:04 ("Snyder Interview Clip10 w captions" mp4 file)

Ex. 221:  August 23, 2018 Video Clip – 10:42:31 – 10:43:13 ("Snyder Interview Clip11 w captions" mp4 file)

Ex. 222:  August 23, 2018 Video Clip – 10:44:41 – 10:46:02 ("Snyder Interview Clip12 w captions" mp4 file)

| | |
|---|---|
| Ex. 223: | August 23, 2018 Video Clip – 10:46:15 – 10:47:31 ("Snyder Interview Clip13 w captions" mp4 file) |
| Ex. 224: | August 23, 2018 Video Clip – 10:47:36 – 10:48:53 ("Snyder Interview Clip14 w captions" mp4 file) |
| Ex. 225: | August 23, 2018 Video Clip – 11:55:34 – 11:58:46 ("Snyder Interview Clip15 w captions" mp4 file) |
| Ex. 226: | August 23, 2018 Video Clip – 12:10:17 – 12:11:34 ("Snyder Interview Clip16 w captions" mp4 file) |
| Ex. 227: | August 23, 2018 Video Clip – 12:13:16 – 12:13:34 ("Snyder Interview Clip17 w captions" mp4 file) |
| Ex. 228: | August 23, 2018 Video Clip – 12:14:20 – 12:14:29 ("Snyder Interview Clip18 w captions" mp4 file) |
| Ex. 229: | August 23, 2018 Video Clip – 12:27:16 – 12:27:50 ("Snyder Interview Clip19 w captions" mp4 file) |
| Ex. 230: | August 25, 2018 Phone Recording (mp4 file) |
| Ex. 231: | Magdeburger/Graham Phone Recording Excerpt (9:08 – 10:59, mp4 file) |
| Ex. 232: | Magdeburger/Graham Phone Recording Excerpt (22:56 – 23:55, mp4 file) |

*These MP4 files are compatible with Windows Media Player. This media has been confirmed to be virus-free through McAfee LiveSafe virus scan.*