FILED: December 22, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4218
(1:20-cr-00337-DLB-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

STEPHEN L. SNYDER

      Defendant - Appellant

_____

O R D E R
_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 01/28/2026 . Any further request for an extension of time in which to file the reply brief shall be disfavored.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk