FILED: August 11, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-4218
(1:20-cr-00337-DLB-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

STEPHEN L. SNYDER

Defendant - Appellant

---

O R D E R

---

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wilkinson, Judge Wynn, and Senior Judge Keenan.

For the Court

/s/ Nwamaka Anowi, Clerk